UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BRANDON CABLE,

      Plaintiff,                                                    Case No: 11-14128
                                                                       Hon. Victoria A. Roberts

vs


ENHANCED RECOVERY CO.

      Defendant.
_____/

## **ORDER**

Pursuant to the Notice of Voluntary Dismissal filed by the plaintiff, this case is

dismissed with prejudice.

      ORDERED.


                                       S/Victoria A. Roberts
                                       Victoria A. Roberts
                                       United States District Judge


Dated:  December 30, 2011

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 30, 2011.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |